UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:24-cv-00776-JRG

Name of party requesting extension: Plaintiffs on behalf of TierPoint LLC

Is this the first application for extension of time in this case?   ✔ Yes   ☐ No

If no, please indicate which application this represents:   ☐ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 10/01/2024

Number of days requested:   ☐ 30 days   ☐ 15 days   ✔ Other 39 days

New Deadline Date: 11/30/2024   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Eric H. Findlay
State Bar No.: 00789886
Firm Name: Findlay Craft, P.C.
Address: 7270 Crosswater Avenue
Suite B
Tyler, Texas 75703
Phone: 903-534-1100
Fax: 903-534-1137
Email: efindlay@findlaycraft.com

A certificate of conference does not need to be filed with this unopposed application.